United States District Court
Southern District of Texas
**ENTERED**
April 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| G.C. DEVELOPMENT CORP., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-129 |
| | § | |
| DR. JOE D. ZAYAS, ET AL., | § | |
| Defendants. | § | |

# ORDER

Pending is the Magistrate Judge's March 15, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 55]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted.  Therefore, G.C. Development Corp.'s Motion for Attorneys' Fees and Costs is granted and Joe D. Zayas is ordered to pay G.C. Development Corp. $66,249.50 in attorneys' fees and $400 in costs.

Signed this 4th day of April, 2017.

Andrew S. Hanen
United States District Judge